S.P.Q.R. Co., Inc., et al., Appellants, v United Rockland Stairs, Inc., Respondent, et al., Defendants. [868 NYS2d 318]

Contrary to the plaintiffs' contention, the Supreme Court did not err in granting the motion of the defendant United Rockland Stairs, Inc., for a preliminary injunction (*see* CPLR 6301, 6312 [c]; *Doe v Axelrod,* 73 NY2d 748 [1988]; *Matter of Advanced Digital Sec. Solutions, Inc. v Samsung Techwin Co., Ltd.,* 53 AD3d 612, 613 [2008]; *Ruiz v Meloney,* 26 AD3d 485, 486 [2006]). While it is true the plaintiffs showed the existence of at least a factual question as to the true ownership of the disputed parcel, that was not, under the circumstances of this case, a sufficient reason to deny the motion for a preliminary injunction, thereby preserving the status quo (*see Kelley v Garuda,* 36 AD3d 593, 596 [2007]; *Stockley v Gorelik,* 24 AD3d 535 [2005]; *Ying Fung Moy v Hohi Umeki,* 10 AD3d 604 [2004]).

The plaintiffs' remaining contentions are without merit. Ritter, J.P., Florio, Miller and Dillon, JJ., concur.